

___ FILED         ___ RECEIVED
___ ENTERED       ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

MAY - 2 2017(?)

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ~~2:16-CR-~~ 2:17-CR-80-APG-CWH-1 |
| Plaintiff, | |
| v. | Preliminary Order of Forfeiture |
| JAMES MCMILLAN, a/k/a "Jim McMillan", | |
| Defendant. | |

This Court finds that defendant James McMillan, a/k/a "Jim McMillan", pled guilty to Count One of a One-Count Criminal Information charging him with Wire Fraud in violation of Title 18, United States Code, Section 1343. Criminal Information, ECF No. 3; Change of Plea, ECF No. __; Plea Agreement, ECF No. 5.

This Court finds defendant James McMillan, a/k/a "Jim McMillan", agreed to the imposition of the in personam criminal forfeiture money judgment of $1,298,748.56 set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. 3; Plea Agreement, ECF No. 5; Change of Plea, ECF No. __.

The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 1343, a specified unlawful activity as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), or a conspiracy to commit such offense, and is subject to

///

forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c).

This Court finds that James McMillan, a/k/a "Jim McMillan", shall pay an in personam criminal forfeiture money judgment of $1,298,748.56 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from James McMillan, a/k/a "Jim McMillan", an in personam criminal forfeiture money judgment of $1,298,748.56.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 2ⁿᵈ day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE