RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for James McMillan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES MCMILLAN,<br><br>  Defendant. | Case No. 2:17-cr-080-APG-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and John Patrick Burns, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for James McMillan, that the Sentencing Hearing currently scheduled on Thursday, August 17, 2017, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Mr. McMillan has been unable to schedule an Pre-sentence Investigation Report ("PSR") interview with U.S. Probation ("USPO"). Mr. McMillan lives in Idaho and is a long-haul trucker who spends three to four weeks on the road. In addition, counsel for Mr. McMillan

was recently in trial and was unable to assist the USPO in scheduling a PSR interview for Mr. McMillan. Defendant needs additional time to arrange a PSR interview and USPO needs additional time to prepare its PSR.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 15th day of June, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Brian Pugh*<br>By_____ | */s/ John Patrick Burns*<br>By_____ |
| BRIAN PUGH<br>Assistant Federal Public Defender | JOHN PATRICK BURNS<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES MCMILLAN,<br><br>　　　　Defendant. | Case No. 2:17-cr-00080-APG-CWH<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, August 17, 2017 at 10:00 a.m., be vacated and continued to November 30, 2017 at the hour of  9:00  a .m., Courtroom 6C; or to a time and date convenient to the court.

　　DATED this 19th day of June, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE