RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for James McMillan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>JAMES MCMILLAN,<br><br>             Defendant. | Case No. 2:17-cr-080-APG-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and John Patrick Burns, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for James McMillan, that the Sentencing Hearing currently scheduled on Thursday, November 30, 2017, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. McMillan has been unable to schedule a Pre-Sentence Investigation Report ("PSR") interview with U.S. Probation ("USPO"). Mr. McMillan lives in Idaho and is a long-

haul trucker who spends three to four weeks on the road. Defendant needs additional time to arrange a PSR interview and USPO needs additional time to prepare its PSR.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 27th day of September, 2017.


RENE L. VALLADARES  
Federal Public Defender

STEVEN W. MYHRE  
Acting United States Attorney


*/s/ Brian Pugh*  
By_____  
BRIAN PUGH  
Assistant Federal Public Defender

*/s/ John Patrick Burns*  
By_____  
JOHN PATRICK BURNS  
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES MCMILLAN,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00080-APG-CWH<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, November 30, 2017 at 9:00 a.m., be vacated and continued to  February 1, 2018  at the hour of   9:00   a.m.

　　DATED this 28th day of September, 2017.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE