STEVEN W. MYHRE
Acting United States Attorney
PATRICK BURNS
Assistant United States Attorney
Nevada State Bar #: 11779
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388- 6418
John.P.Burns@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES MCMILLAN,<br><br>    Defendant. | CASE NO: 2:17-cr-00080-APG-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING** |

It is hereby stipulated and agreed, by and between Steven W. Myhre, Acting United States Attorney, through Patrick Burns, Assistant United States Attorney, and Brian Pugh, Esq., counsel for Defendant James McMillan, that the sentencing hearing date in the above-captioned matter, previously scheduled for February 1, 2018, at 9:00 p.m., be vacated and continued until a time convenient to the Court, preferably in the latter part of May 2018 or early June 2018.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant McMillan and the Government require additional time to prepare for sentencing in this matter.

2. Defendant McMillan is in custody and does not oppose this request.

3. The Government does not oppose this request.

4. This is the fourth request for a continuance filed in this matter.

5. This request is made in good faith and not for purposes of delay.

Dated this 4th day of December, 2017

                                                            STEVEN W. MYHRE
                                                           Acting United States Attorney

    /s/                                                      /s/
By: _____             By:_____
    BRIAN PUGH, Esq.,                       PATRICK BURNS
    Counsel for Defendant McMillan        Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

JAMES MCMILLAN,

                Defendant.

CASE NO: 2:17-cr-00080-APG-CWH

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for Defendant McMillan and the Government require additional time to prepare for sentencing in this matter.

2. Defendant McMillan is out of custody and does not oppose this request.

3. The Government does not oppose this request.

4. This is the third request for a continuance filed in this matter.

## **ORDER**

IT IS FURTHER ORDERED that the sentencing in *United States v. James McMillan*, 2:17-cr-00080-APG-CWH, previously scheduled for February 1, 2018 at 9:00 a.m. is vacated and continued until June 14, 2018 at 9:00 a.m. in Courtroom 6C.

Dated this 4th day of December, 2017

By: _____
Judge Andrew P. Gordon
United States District Court Judge

## Certificate of Service

I, Patrick Burns, hereby certify that I am an employee of the United States Department of Justice, and that on this day I served a copy of the following: STIPULATION TO CONTINUE SENTENCING, upon counsel for all defendants appearing in this matter via the CM/ECF system, by electronically filing said document.

Dated: December 4, 2017

/s/ Patrick Burns
PATRICK BURNS
Assistant United States Attorney
District of Nevada