RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for James McMillan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES MCMILLAN, <br><br> Defendant. | Case No. 2:17-cr-080-APG-CWH <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING** <br> (Seventh Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and John Patrick Burns, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for James McMillan, that the Sentencing Hearing currently scheduled on Tuesday, April 30, 2019 at the hour of 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defense requests additional time in order to conduct investigation and prepare the sentencing memorandum.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the seventh request for a continuance of the sentencing hearing.

DATED this 9th day of April, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Brian Pugh*<br>By_____<br>BRIAN PUGH<br>Assistant Federal Public Defender | */s/ John Patrick Burns*<br>By_____<br>JOHN PATRICK BURNS<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00080-APG-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES MCMILLAN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, April 30, 2019 at 10:00 a.m. be vacated and continued to June 13, 2019 at the hour of 10:30 a.m. in Courtroom 6C.

DATED this 10th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE