NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
PATRICK BURNS
Nevada Bar No. 11779
United States Attorney's Office, District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388- 6418
John.P.Burns@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES MCMILLAN, <br><br> Defendant. | CASE NO: 2:17-cr-00080-APG-CWH <br><br> **STIPULATION TO CONTINUE SENTENCING** |

It is hereby stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney, through Patrick Burns, Assistant United States Attorney, and Brian Pugh, Assistant Federal Public Defender, counsel for Defendant James McMillan, that the sentencing hearing date in the above-captioned matter, previously scheduled for June 13, 2019, at 10:30 a.m., be vacated and continued until a time convenient to the Court, but no sooner than July 15, 2019.

This Stipulation is entered into for the following reasons:

1. Counsel for the government is scheduled to be out of the jurisdiction on the current sentencing date, June 13, 2019.

2. Defendant McMillan is out of custody and does not oppose this request. To

accommodate his work schedule, the parties request that the sentencing be set no earlier than July 15, 2019.

3. This request is made in good faith and not for purposes of delay.

4. This is the eighth request for a continuance of the sentencing.

Dated this 30th day of May, 2019

                                                    NICHOLAS A. TRUTANICH
                                                    United States Attorney

     /s/                                                     /s/
By: _____                By:_____
   BRIAN PUGH                                      PATRICK BURNS
   Counsel for Defendant McMillan          Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES MCMILLAN,

    Defendant.

CASE NO: 2:17-cr-00080-APG-CWH

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the government is scheduled to be out of the jurisdiction on the date for sentencing in this matter.

2. Defendant McMillan is out of custody and does not oppose this request. To accommodate his work schedule, the parties request that the sentencing be set no earlier than July 15, 2019.

3. This is the eighth request for a continuance of sentencing.

**ORDER**

IT IS FURTHER ORDERED that the sentencing in *United States v. James McMillan*, 2:17-cr-00080-APG-CWH, previously scheduled for June 12, 2019 at 10:30 a.m. is vacated and continued until July 18, 2019 at 10:30 a.m. in Courtroom 6C.

Dated this 31st day of May, 2019

By: _____
HON. ANDREW P. GORDON
U.S. DISTRICT COURT JUDGE

## Certificate of Service

I, Patrick Burns, hereby certify that I am an employee of the United States Department of Justice, and that on this day I served a copy of the following: STIPULATION TO CONTINUE SENTENCING, upon counsel for all defendants appearing in this matter via the CM/ECF system, by electronically filing said document.

Dated: May 30, 20179

        /s/    Patrick Burns
        PATRICK BURNS
        Assistant United States Attorney
        District of Nevada